**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

December 29, 2023

<u>VIA ECF</u>
The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *Espinal v. Wheeling Jesuit University, Inc.*
      Case No.: 1:23-cv-9345

Dear Judge Failla,

    The undersigned represents Frangie Espinal, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Wheeling Jesuit University, Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for January 9, 2024, at 3:30 PM (Dkt. 6) be adjourned for 30 days because the Defendant has been closed for winter break and Defense Counsel has been unable to consult with the Client. Since Counsel for Defendant needs time to review this matter thoroughly and consult with their Client, this extension is necessary for both parties. Counsel for Defendant joins in this request.

    Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,

**GOTTLIEB & ASSOCIATES**

<u>/s/Michael A. LaBollita, Esq.</u>
Michael A. LaBollita, Esq.

cc: All counsel of record via ECF

Application GRANTED.  The initial pre-trial conference scheduled for January 9, 2024 is hereby ADJOURNED to **February 21, 2024,** at **10:00 a.m.** The dial-in information for the conference remains the same: At the aforementioned date and time, the parties are to call (888) 363-4749 and enter access code 5123533.

The parties shall file their pre-conference submissions on or before **February 15, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket number 8.

Dated:     January 2, 2024            SO ORDERED.
           New York, New York

                                      *Katherine Polk Failla*

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE