UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANGIE ESPINAL, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                               Plaintiffs,

                               v.

WHEELING JESUIT UNIVERSITY, INC.,

                               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:23-cv-9345

**NOTICE OF VOLUNTARY
DISMISSAL**

Plaintiff(s), FRANGIE ESPINAL, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, WHEELING JESUIT UNIVERSITY, INC., with prejudice and without fees and costs.

Dated: New York, New York
       February 14, 2024

                                       **GOTTLIEB & ASSOCIATES PLLC**

                                       _/s/Michael A. LaBollita, Esq._

                                       Michael A. LaBollita, Esq., (ML-9985)
                                       150 East 18th Street, Suite PHR
                                       New York, NY 10003
                                       Phone: (212) 228-9795
                                       Fax: (212) 982-6284
                                       Michael@Gottlieb.legal

                                       _Attorneys for Plaintiffs_

Dated:    February 16, 2024
           New York, New York

SO ORDERED:

_____
  Hon. Katherine Polk Failla
  United States District Judge